CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RIAS

MAR 29 2010

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEREMY WAYNE EVANS,<br>    Petitioner, | Civil Action No. 7:10-cv-00133 |
| v. | ORDER |
| HALIFAX COUNTY, VA CIRCUIT<br>    COURT, et al.,<br>    Respondent(s). | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of habeas corpus is **DISMISSED** without prejudice; pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 29th day of March, 2010.

_Jackson L. Kiser_
Senior United States District Judge